# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PAMELA WALTON, ) | CASE NO. 5:11-cv-1994 |
| ) | |
| Plaintiff, ) | JUDGE SARA LIOI |
| ) | |
| vs. ) | |
| ) | |
| ) | DISMISSAL ENTRY |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |

Now comes Plaintiff, Pamela Walton, and Defendant, Portfolio Recovery Associates, by and through their undersigned counsel, and stipulate that the above-captioned matter is settled and dismissed with prejudice.

_____
Judge Sara Lioi


Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.　　　　　　　　FROST BROWN TODD, LLC


  /s/ J. Daniel Scharville　　　　　　　　　　 /s/ Matthew J. Horwitz
J. DANIEL SCHARVILLE (0071132)　　　MATTHEW J. HORWITZ (0082381)
6200 Rockside Woods Blvd – Suite 215　3300 Great American Tower
Independence, Ohio 44131　　　　　　　301 East Fourth Street
(216) 621-6101　　　　　　　　　　　　　Cincinnati, OH 45202
(216) 621-6006 Facsimile　　　　　　　　(513) 851-6718
　　　　　　　　　　　　　　　　　　　　　(513) 651-6981 Facsimile

Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant