# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PAMELA WALTON, ) | CASE NO. 5:11-cv-1994 |
| ) | |
| Plaintiff, ) | JUDGE SARA LIOI |
| ) | |
| vs. ) | |
| ) | |
| ) | DISMISSAL ENTRY |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |

Now comes Plaintiff, Pamela Walton, and Defendant, Portfolio Recovery Associates, by and through their undersigned counsel, and stipulate that the above-captioned matter is settled and dismissed with prejudice.

    IT IS SO ORDERED.

                                                **HONORABLE SARA LIOI**
                                                **UNITED STATES DISTRICT JUDGE**
                                                January 12, 2012

Respectfully Submitted,

| KAHN & ASSOCIATES, L.L.C. | FROST BROWN TODD, LLC |
|---|---|
| /s/ J. Daniel Scharville | /s/ Matthew J. Horwitz |
| J. DANIEL SCHARVILLE (0071132) | MATTHEW J. HORWITZ (0082381) |
| 6200 Rockside Woods Blvd – Suite 215 | 3300 Great American Tower |
| Independence, Ohio 44131 | 301 East Fourth Street |
| (216) 621-6101 | Cincinnati, OH 45202 |
| (216) 621-6006 Facsimile | (513) 851-6718 |
| | (513) 651-6981 Facsimile |
| Attorney for Plaintiff | Attorney for Defendant |